Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR REVELES, <br><br> Plaintiff, <br><br> v. <br><br> TILRAY, INC., BRENDAN KENNEDY, CHRISTINE ST. CLARE, REBEKAH DOPP, SOREN SCHRODER, and MICHAEL AUERBACH, <br><br> Defendants. | Case No: 1:21-cv-01543-ENV-RLM <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Arthur Reveles hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: April 22, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/23/2021

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

1

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on April 22, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 22, 2021                                                  /s/ Daniel Sadeh
                                                                                            Daniel Sadeh